IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHAEL WHELAN, et al. : CIVIL ACTION
        :
   v.     :
        :
DAIMLER CHRYSLER CORP., et al. : NO. 02-5164

<u>ORDER</u>

AND NOW, this 7th day of August, 2002, upon consideration of our Court of Appeals's recent decision in <u>In Re: Federal-Mogul Global, Inc.</u>, Nos. 02-1426, et al. (3d Cir., Jul. 31, 2002), the parties shall by September 3, 2002 SHOW CAUSE why this action should not be remanded for lack of subject matter jurisdiction.

BY THE COURT:

_____

Stewart Dalzell, J.